UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**PHEBE WILLIAMS,**
      **Plaintiff,**

    v.                                                            Case No. 16-cv-0282

**MILWAUKEE CHILD PROTECTIVE
SERVICES, et al.,**
      **Defendants.**

---

## ORDER

Plaintiff Phebe Williams has filed an action in this court and has requested leave to proceed in forma pauperis, pursuant to 28 U.S.C. § 1915. Upon review of her request, **IT IS ORDERED** that such request is **GRANTED**.

**IT IS ADDITIONALLY ORDERED**, pursuant to Fed. R. Civ. P. 4(c)(3), that the U.S. Marshals Service shall serve a copy of the complaint, a waiver of service form and/or the summons, and this order upon defendants. Plaintiff is advised that Congress requires the U.S. Marshal's Service to charge for making or attempting such service. 28 U.S.C. § 1921(b). The current fee for waiver-of-service packages is $8 per item. 28 C.F.R. §§ 0.114(a)(2). Although Congress requires the court to order service by the U.S. Marshals Service precisely because in forma pauperis plaintiffs are indigent, it has not made any provision for these fees to be waived either by the court or by the U.S. Marshals Service.

Plaintiff, however, should provide defendants or their counsel with copies of all future motions or papers filed by the plaintiff in this action.

Dated at Milwaukee, Wisconsin this 11th day of March, 2016.

                s/ Lynn Adelman
                _____
                LYNN ADELMAN
                District Judge